UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES MARQUIS SPENCER,

        Petitioner,                        Case No. 1:15-cv-502

v.

                                   Honorable Paul L. Maloney

KENNETH T. McKEE,

        Respondent.
_____/

## JUDGMENT

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:  July 13, 2015                  /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge